U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT -5 AM 11: 20

CLERK

BY DEPUTY CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Vermont

United States of America
v.
Partheeban Ramalingam, Navdeep Kaur and Sivaji Palanisamy

*Defendant(s)*

Case No. 2:26-mj-191-1,2,3

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 3, 2026 in the county of Franklin in the District of Vermont, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Aliens who entered or attempted to enter the United States at a place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Nolan M. Viens, U.S. Border Patrol Agent

*Printed name and title*

Date: 10/05/2026

*Judge's signature*

City and state: Burlington, Vermont

Hon. Kevin J. Doyle, U.S. Magistrate Judge

*Printed name and title*